IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAY ALAN MORANE, Individually and On
Behalf of Others Similarly Situated                               PLAINTIFF

V.                                          4:09CV00277 JMM

BMW OF NORTH AMERICA, L.L.C.                                      DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Leave to File an Amended Complaint. Defendant has no objection to the motion if the Court will grant a stay of discovery pending forthcoming motions by the Defendant for judgment on the pleadings and a motion to strike the class allegations. The Court is aware that the Plaintiff opposes a stay.

After consideration of the issues, the Court finds that the Plaintiff's Motion for Leave to File an Amended Pleading (Docket #22) is GRANTED. The Defendant's Motion for Stay of Discovery (Docket # 25) is GRANTED. Further, the motions of Eric J. Knapp and Troy M. Yoshino to appear pursuant to Local Rule 83.5(d) (Docket # 23 and # 24) are also GRANTED.

IT IS SO ORDERED this 29th day of September 2009.

_____
James M. Moody
United States District Judge