IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAY ALAN MORANE                                                              PLAINTIFF

V.                                          4:09CV00277 JMM

BMW OF NORTH AMERICA, L.L.C.                                     DEFENDANT

### ORDER

Plaintiff is directed to file a supplemental brief on the issue of subject matter jurisdiction, specifically regarding the amount in controversy for diversity jurisdiction in this matter. Plaintiff should file his brief on or before May 14, 2010. Defendant should file a response on or before May 28, 2010.

IT IS SO ORDERED this 28th day of April, 2010.

_____
James M. Moody
United States District Judge