IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAY ALAN MORANE                                                                    PLAINTIFF

VS.                         CASE NO. 4:09CV000277 JMM

BMW OF NORTH AMERICA, LLC                                               DEFENDANT

## ORDER OF DISMISSAL

Based upon plaintiff's Stipulation of Voluntary Dismissal with Prejudice which states that the parties have settled the above styled case, IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot, and the case is to be closed.

IT IS SO ORDERED this  10  day of June, 2010.

*[signature]*
James M. Moody
United States District Judge